UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL EUGENE McINTEE,

        Petitioner,        Case No. 1:09-cv-873

v.        Honorable Paul L. Maloney

BLAINE C. LAFLER,

        Respondent.
_____/

## ORDER TO STAY

In accordance with this Court's opinion entered this day:

**IT IS ORDERED** that Petitioner's motion for a stay of the proceedings is **GRANTED**.

**IT IS FURTHER ORDERED** that Petitioner's action is stayed until Petitioner notifies the Court in writing that the Michigan Supreme Court has issued a decision on his motion for relief from judgment. Such notice must be filed not later than 28 days after a final decision by the Michigan Supreme Court.

**IT IS FURTHER ORDERED** that if Petitioner fails to comply with the deadlines imposed in this order, the Court may dismiss the petition.

**IT IS FURTHER ORDERED** that Petitioner shall advise the Court of any change of address occurring during the pendency of the stay.

**IT IS FURTHER ORDERED** that this case shall be administratively closed until such time Petitioner files a motion to amend his petition in accordance with the procedures set forth in this order.

Dated:   December 15, 2009         /s/ Paul L. Maloney
                                   Paul L. Maloney
                                   Chief United States District Judge