UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DANIEL EUGENE MCINTEE,<br>      Petitioner,<br><br>-v-<br><br>HUGH WOLFENBARGER,<br>      Respondent. | No. 1:09-cv-873<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having denied McIntee's petition for habeas relief, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   January 9, 2015                                      /s/ Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              Chief United States District Judge